UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALTURAS INDIAN RANCHERIA,

          Plaintiff,

    v.

KENNETH L. SALAZAR, et al.,

          Defendants.

_____/

NO. CIV. S-10-1997 LKK/EFB

O R D E R

A status conference was held in chambers on October 18, 2010. After hearing, the court orders as follows:

Plaintiff is granted twenty (20) days to join additional parties and a new status conference is set for January 18, 2011 at 1:30 p.m.  Counsel for plaintiff shall notify any additional party of the status conference date.  Status reports shall be filed seven (7) days prior to the status conference.

IT IS SO ORDERED.

DATED: October 20, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT