UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALTURAS INDIAN RANCHERIA,

          Plaintiff,

    v.

KENNETH L. SALAZAR, et al.,

          Defendants.

/

NO. CIV. S-10-1997 LKK/EFB

O R D E R

    Pending before the court in the above-captioned case are a motion for summary judgment by plaintiff Alturas Indian Rancheria, ECF No. 23, and a motion to dismiss by the federal defendants, ECF No. 31. The plaintiff's motion for summary judgment is currently set for hearing on December 20, 2010, and the motion to dismiss is set for hearing on January 18, 2011. The court CONTINUES the hearing on the motion for summary judgment, ECF No. 23 to January 18, 2011. The federal defendants filed an opposition to the motion for summary judgment on December 06, 2010. The deadline for filing of a reply, if any, is unchanged.

1

1    IT IS SO ORDERED.

2    DATED: December 8, 2010.

```
                               _____
                               LAWRENCE K. KARLTON
                               SENIOR JUDGE
                               UNITED STATES DISTRICT COURT
```