UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALTURAS INDIAN RANCHERIA,

          Plaintiff,

    v.

KENNETH L. SALAZAR,
et al.,

          Defendants.

NO. CIV. S-10-1997 LKK/EFB

O R D E R

A hearing is scheduled in the above-captioned matter on January 18, 2011. The motions scheduled to be heard on that date are plaintiff's motion for summary judgment on the first and second claims for relief (ECF No. 23), the federal defendants' motion to dismiss the First Amended Complaint (ECF No. 31), and the state defendants' motion to dismiss the fourth claim for relief (ECF No. 35). A status conference is also scheduled on January 18, 2011.

On January 11, 2011, a motion to intervene was filed by "the Real Alturas Indian Rancheria." (ECF No. 42.) That motion is scheduled to be heard on February 14, 2011. Accordingly, the

1

hearing and status conference currently scheduled for January 18, 2011 is CONTINUED to February 14, 2011 at 10:00 am. The status conference will be held at the conclusion of law and motion on that date.

    IT IS SO ORDERED.

    DATED:  January 12, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2