UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALTURAS INDIAN RANCHERIA,

        Plaintiff,

   v.

KENNETH L. SALAZAR, et al.,

        Defendants.

NO. CIV. S-10-1997 LKK/EFB

O R D E R

On February 2, 2011, the federal defendants in the above-captioned case filed a motion to dismiss plaintiff's complaint for lack of ripeness, ECF No. 54. The motion is scheduled for hearing on March 14, 2011. Three other motions are pending in this case: plaintiff's motion for summary judgment, federal defendants' motion to dismiss (on grounds other than ripeness), and the state defendants' motion to dismiss. Those motions are scheduled to be heard on March 28, 2011.

Accordingly, the hearing on the federal defendants' motion to dismiss for lack of ripeness, ECF No. 54 is CONTINUED to March 28,

1

1  2011. The deadlines for filing oppositions or statements of non-
2  opposition, and for filing of a reply, if any, are unchanged.
3      IT IS SO ORDERED.
4      DATED:  February 23, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2