UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALTURAS INDIAN RANCHERIA,

        NO. CIV. S-10-1997 LKK/EFB

    Plaintiff,

  v.

        O R D E R

KENNETH L. SALAZAR,
et al.,

    Defendants.
_____/

On March 28, 2011 the court heard oral argument on plaintiff's motion for summary judgment (ECF No. 23), and the defendants' respective motions to dismiss (ECF Nos. 31, 35, 54, and 58). Upon consideration of the parties' submitted papers and oral argument, the court ORDERS as follows:

    [1] This matter is STAYED pending final resolution of the administrative adjudication of the governance dispute within the Department of the Interior.

    [2] The parties are ORDERED to attend a mandatory settlement conference on April 15, 2011 at 10:30 a.m.

1

1 before the Honorable Edmund F. Brennan, United States
2 Magistrate Judge. All parties have waived
3 disqualification of the magistrate judge acting as
4 settlement judge.
5 [3] The following individuals are required to attend the
6 mandatory settlement conference, along with counsel:
7 Darren Rose, Jennifer Chrisman, Joseph Burrell, Phillip
8 Del Rosa, and Wendy Del Rosa.
9 [4] Counsel are directed to submit settlement conference
10 statements to the settlement judge not later than April
11 8, 2011. At counsel's option, such statements may be
12 submitted in confidence pursuant to Local Rule 270(d).
13 [5] A further hearing on the pending motions is SET for
14 May 9, 2011 at 10:00 a.m. The parties are ORDERED to
15 submit status reports to the court no later than April
16 25, 2011 containing an update on the administrative
17 proceedings and a statement as to whether any settlement
18 was reached at the mandatory settlement conference.
19 [6] The federal defendants are ORDERED to notify the
20 court of a final decision in the administrative
21 proceeding, if any, within two (2) days of the final
22 decision being issued.
23 IT IS SO ORDERED.
24 DATED: March 30, 2011.
25
26
           LAWRENCE K. KARLTON
           SENIOR JUDGE
           UNITED STATES DISTRICT COURT

2