1  BENJAMIN B. WAGNER
   United States Attorney
2  SYLVIA QUAST
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2740

5  Attorneys for Federal Defendants

6

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 ALTURAS INDIAN RANCHERIA,           )   No. 2:10-CV-01997-LKK-EFB
                                       )
11              Plaintiff,             )   **STIPULATION TO CONTINUE**
                                       )   **HEARING ON MOTIONS AND**
12       v.                            )   **ORDER**
                                       )
13 KENNETH SALAZAR, et al.,            )   Date:  March 28, 2011
                                       )   Time:  10:00 a.m.
14              Defendants.            )   Ctrm:  4, 15th Floor
                                       )   Judge: Hon. Lawrence K. Karlton
15                                     )
                                       )
16                                     )
                                       )
17                                     )
   _____ )
18

19       WHEREAS at the March 28, 2011, hearing on the Plaintiff's Motion for Summary

20 Judgment and the Defendants' and Intervenor's Motions to Dismiss, the Court continued the

21 hearing until May 9, 2011, and required the parties to submit status reports no later than April 25,

22 2011 (See Order dated March 30, 2011, Docket # 65); and

23       WHEREAS the Court also ordered the parties (including Darren Rose, Jennifer

24 Chrisman, Joseph Burrell, Phillip Del Rosa, and Wendy Del Rosa) to attend a mandatory

25 settlement conference on April 15, 2011, before Magistrate Judge Brennan (See Order dated

26 March 30, 2011, Docket # 65); and

27       WHEREAS at the end of the April 15 settlement conference, the parties (including

28 Darren Rose, Jennifer Chrisman, Joseph Burrell, Phillip Del Rosa, and Wendy Del Rosa) agreed

1  to attend a further settlement conference on May 12 at 9:30 a.m. before Magistrate Judge
2  Brennan (See Minutes for Settlement Conference held on 4/15/2011, Docket # 71);
3      NOW THEREFORE the parties to this action hereby stipulate and respectfully request
4  that the Court enter an Order as follows:
5      1.    The parties shall attend a further mandatory settlement conference on May 12,
6  2011, at 9:30 a.m. before the Honorable Edmund F. Brennan, United States Magistrate Judge.
7  The following individuals are required to attend the mandatory settlement conference, along with
8  counsel: Darren Rose, Jennifer Chrisman, Joseph Burrell, Phillip Del Rosa, and Wendy Del
9  Rosa.
10     2.    The hearing on the Plaintiff's Motion for Summary Judgment and the Defendants'
11 and Intervenor's Motions to Dismiss currently set for May 9, 2011, at 10:00 a.m. is continued to
12 June 20, 2011, at 10:00 a.m.
13     3.    The parties shall submit status reports no later than June 6, 2011, rather than by
14 April 25, 2011. The status reports shall contain an update on the administrative proceedings and
15 a statement as to whether any settlement was reached at the mandatory settlement conference.

Respectfully submitted,

Dated: April 18, 2011

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By:   */s/ Sylvia Quast*
SYLVIA QUAST
Assistant United States Attorney

Attorneys for Federal Defendants

Dated: April 18, 2011

FREDERICKS PEEBLES AND MORGAN, LLP

*/s/ Steven John Bloxham*
STEVEN JOHN BLOXHAM

Attorney for Plaintiff

| | | |
|---|---|---|
| 1 | Dated: April 18, 2011 | ATTORNEY GENERAL'S OFFICE FOR THE STATE OF CALIFORNIA |
| 2 | | |
| 3 | | */s/ Neil D. Houston*<br>NEIL D. HOUSTON |
| 4 | | |
| 5 | | Attorney for California State Defendants |

Dated: April 18, 2011                RAPPORT AND MARSTON

*/s/ Lester John Marston*
LESTER JOHN MARSTON

Attorney for Intervenor Alturas Indian Rancheria

**ORDER**

IT IS SO ORDERED.

Dated: April 20, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT