1  BENJAMIN B. WAGNER
   United States Attorney
2  SYLVIA QUAST
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2740

5  Attorneys for Federal Defendants

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 ALTURAS INDIAN RANCHERIA,           )   No. 2:10-CV-01997-LKK-EFB
                                       )
11              Plaintiff,              )   **STIPULATION TO CONTINUE**
                                       )   **HEARING ON MOTIONS AND**
12              v.                      )   **ORDER**
                                       )
13 KENNETH SALAZAR, et al.,            )   Date:  June 20, 2011
                                       )   Time:  10:00 a.m.
14              Defendants.             )   Ctrm:  4, 15th Floor
                                       )   Judge: Hon. Lawrence K. Karlton
15                                     )
                                       )
16                                     )
                                       )
17                                     )
                                       )
18 _____ )

19      WHEREAS at the March 28, 2011, hearing on the Plaintiff's Motion for Summary

20 Judgment and the Defendants' and Intervenor's Motions to Dismiss, the Court continued the

21 hearing until May 9, 2011, and required the parties to submit status reports no later than April 25,

22 2011 (See Order dated March 30, 2011, Docket # 65); and

23      WHEREAS the Court also ordered the parties (including Darren Rose, Jennifer

24 Chrisman, Joseph Burrell, Phillip Del Rosa, and Wendy Del Rosa) to attend a mandatory

25 settlement conference on April 15, 2011, before Magistrate Judge Brennan (See Order dated

26 March 30, 2011, Docket # 65); and

27      WHEREAS at the end of the April 15 settlement conference, the parties (including

28 Darren Rose, Jennifer Chrisman, Joseph Burrell, Phillip Del Rosa, and Wendy Del Rosa) agreed

1  to attend a further settlement conference on May 12 at 9:30 a.m. before Magistrate Judge

2  Brennan (See Minutes for Settlement Conference held on 4/15/2011, Docket # 71); and

3       WHEREAS this Court continued the May 9 hearing to June 20 in response to the

4  stipulation of the parties regarding the ongoing settlement discussions (See Order of April 20,

5  2011, Docket # 73); and

6       WHEREAS the parties attended settlement conferences with Magistrate Judge Brennan

7  on May 12 and 27, and again on June 6 and have made significant progress toward settlement;

8       NOW THEREFORE the parties to this action hereby stipulate and respectfully request

9  that the Court enter an Order as follows:

10       1.    The parties shall attend a further mandatory settlement conference on July 8,

11  2011, at 10:00 a.m. before the Honorable Edmund F. Brennan, United States Magistrate Judge.

12  The following individuals are required to attend the mandatory settlement conference, along with

13  counsel: Darren Rose, Jennifer Chrisman, Joseph Burrell, Phillip Del Rosa, and Wendy Del

14  Rosa.

15       2.    The hearing on the Plaintiff's Motion for Summary Judgment and the Defendants'

16  and Intervenor's Motions to Dismiss currently set for June 20, 2011, at 10:00 a.m. is continued to

17  August 1, 2011, at 10:00 a.m.

18       3.    The parties shall submit status reports no later than July 18, 2011, rather than by

19  June 6, 2011. The status reports shall contain an update on the administrative proceedings and a

20  statement as to whether any settlement was reached at the mandatory settlement conference.

Respectfully submitted,

Dated: June 6, 2011     BENJAMIN B. WAGNER
     UNITED STATES ATTORNEY

By:   */s/ Sylvia Quast*
     SYLVIA QUAST
     Assistant United States Attorney

Attorneys for Federal Defendants

| | |
|---|---|
| Dated: June 6, 2011 | FREDERICKS PEEBLES AND MORGAN, LLP |
| | |
| | */s/ Steven J. Bloxham* <br> STEVEN J. BLOXHAM |
| | Attorney for Plaintiff |
| Dated: June 6, 2011 | ATTORNEY GENERAL'S OFFICE FOR THE STATE OF CALIFORNIA |
| | |
| | */s/ Neil D. Houston* <br> NEIL D. HOUSTON |
| | Attorney for California State Defendants |
| Dated: June 6, 2011 | RAPPORT AND MARSTON |
| | |
| | */s/ Lester John Marston* <br> LESTER JOHN MARSTON |
| | Attorney for Intervenor Alturas Indian Rancheria |

**ORDER**

IT IS SO ORDERED.

Dated: June 6, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT