1  BENJAMIN B. WAGNER
   United States Attorney
2  SYLVIA QUAST
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2740

5  Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ALTURAS INDIAN RANCHERIA, | ) | No. 2:10-CV-01997-LKK-EFB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE HEARING ON MOTIONS AND ORDER** |
| v. | ) | |
| KENNETH SALAZAR, et al., | ) | Date: August 1, 2011 |
| Defendants. | ) | Time: 10:00 a.m.<br>Ctrm: 4, 15th Floor<br>Judge: Hon. Lawrence K. Karlton |

WHEREAS at the March 28, 2011, hearing on the Plaintiff's Motion for Summary Judgment and the Defendants' and Intervenor's Motions to Dismiss, the Court continued the hearing and ordered the parties (including Darren Rose, Jennifer Chrisman, Joseph Burrell, Phillip Del Rosa, and Wendy Del Rosa) to attend a mandatory settlement conference on April 15, 2011, before Magistrate Judge Brennan (See Order dated March 30, 2011, Docket # 65); and

WHEREAS the parties attended settlement conferences with Magistrate Judge Brennan on May 12 and 27, and again on June 6 and July 8 and have made significant progress toward settlement; and

1      WHEREAS the parties believe that scheduling one final settlement conference with Magistrate Judge Brennan would aid in resolution of this case;

       NOW THEREFORE the parties to this action hereby stipulate and respectfully request that the Court enter an Order as follows:

       1.      The parties shall attend a mandatory settlement conference on July 15, 2011, at 8:30 a.m. before the Honorable Edmund F. Brennan, United States Magistrate Judge.  The following individuals are required to attend the mandatory settlement conference, along with counsel: Darren Rose, Jennifer Chrisman, Joseph Burrell, Phillip Del Rosa, and Wendy Del Rosa.

       2.      The hearing on the Plaintiff's Motions for Summary Judgment and the Defendants' and Intervenor's Motions to Dismiss currently set for August 1, 2011, at 10:00 a.m. is continued to August 10, 2011 at 10:00 a.m.

       3.      Oppositions to Plaintiff's Motion for Summary Judgment filed on July 1, 2011, shall be due on July 25, 2011, and Plaintiff's Reply shall be due on August 1, 2011.

       4.      The parties shall submit status reports no later than July 25, 2011, rather than by July 18, 2011, as previously ordered.  The status reports shall contain an update on the administrative proceedings and a statement as to whether any settlement was reached at the mandatory settlement conference.

Respectfully submitted,

Dated: July 11, 2011            BENJAMIN B. WAGNER
                                UNITED STATES ATTORNEY

                        By:     /s/ Sylvia Quast
                                SYLVIA QUAST
                                Assistant United States Attorney

                                Attorneys for Federal Defendants

| | |
|---|---|
| Dated: July 11, 2011 | FREDERICKS PEEBLES AND MORGAN, LLP |
| | |
| | */s/ Steven J. Bloxham*<br>STEVEN J. BLOXHAM |
| | Attorney for Plaintiff |
| | |
| Dated: July 11, 2011 | ATTORNEY GENERAL'S OFFICE FOR THE STATE OF CALIFORNIA |
| | |
| | */s/ Neil D. Houston*<br>NEIL D. HOUSTON |
| | Attorney for California State Defendants |
| | |
| Dated: July 11, 2011 | RAPPORT AND MARSTON |
| | |
| | */s/ Lester John Marston*<br>LESTER JOHN MARSTON |
| | Attorney for Intervenor Alturas Indian Rancheria |

**ORDER**

IT IS SO ORDERED.

Dated: July 12, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT