UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALTURAS INDIAN RANCHERIA,

          Plaintiff,

   v.

KENNETH L. SALAZAR,
et al.,

          Defendants.

_____/

NO. CIV. S-10-1997 LKK/EFB

O R D E R

A hearing is currently set for August 15, 2011, on the question of whether to lift the stay currently in place in this matter. In an order issued on March 30, 2011 the court stayed this matter pending final resolution of the administrative adjudication within the Department of the Interior. On August 5, 2011, after the court set the hearing date and briefing schedule on whether to lift the stay, the federal defendants filed a Notice of IBIA decision, ECF No. 102. It does not appear to the court that the IBIA decision dated August 5, 2011, which remands the case back to the Regional Director, constitutes final resolution of the administrative

1

adjudication within the meaning of the court's March 30, 2011 order.

In order to allow the parties time to account for the August 5, 2011 IBIA decision in their briefs in support of or in opposition to lifting the stay, the court CONTINUES the hearing on whether to lift the stay to September 12, 2011 at 10:00 a.m. Briefs in support of lifting the stay SHALL be filed on or before August 22, 2011. Briefs in opposition, if any, SHALL be filed on or before August 29, 2011. Reply briefs, if any SHALL be filed on or before September 2, 2011.

IT IS SO ORDERED.

DATED: August 9, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2