UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALTURAS INDIAN RANCHERIA,

          NO. CIV. S-10-1997 LKK/EFB

    Plaintiff,

  v.

O R D E R

KENNETH L. SALAZAR, et al.,

    Defendants.

_____/

    A hearing is currently set for September 12, 2011 on whether to lift the stay in this matter. See ECF No. 104. On August 18, 2011, the parties filed a stipulation to have the hearing continued to October 11, 2011. Accordingly, the hearing on whether the stay should be lifted is CONTINUED to October 11, 2011 at 10:00 a.m.

    The briefing schedule is modified as follows:

        [1] Briefs in support of lifting the stay, if any, SHALL be filed on or before September 12, 2011.

        [2] Briefs in opposition to lifting the stay, if any, SHALL be filed on or before September 26, 2011.

1

[3] Reply briefs, if any, SHALL be filed on or before October 3, 2011.

IT IS SO ORDERED.

DATED: August 19, 2011.

                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT