UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALTURAS INDIAN RANCHERIA,

                              NO. CIV. S-10-1997 LKK/EFB

        Plaintiff,

   v.
                            O R D E R

KENNETH L. SALAZAR,
et al.,

        Defendants.

_____/

     A hearing on whether to lift the stay in the above-captioned case is currently scheduled for October 11, 2011. Due to a court scheduling conflict, the hearing is CONTINUED to October 24, 2011 at 10:00 a.m.

     IT IS SO ORDERED.

     DATED:  October 6, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1