```
                     UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


ALTURAS INDIAN RANCHERIA,
                                          NO. CIV. S-10-1997 LKK/EFB
          Plaintiff,

     v.
                                                O R D E R
KENNETH L. SALAZAR,
et al.,

          Defendants.
                                  /
```

For the reasons stated on the record at the hearing on October 24, 2011, the court orders that the stay of this matter will remain in place for sixty (60) days.

At the expiration of the stay, the parties SHALL either withdraw their pending motions, or re-notice them for hearing.

IT IS SO ORDERED.

DATED: October 25, 2011.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT