BENJAMIN B. WAGNER
United States Attorney
SYLVIA QUAST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2740

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTURAS INDIAN RANCHERIA,<br><br>        Plaintiff,<br><br>        v.<br><br>KENNETH SALAZAR, et al.,<br><br>        Defendants. | No. 2:10-CV-01997-LKK-EFB<br><br>**SETTLEMENT AGREEMENT AND STIPULATION FOR ENTRY OF JUDGMENT AND ORDER** |

      Subject to approval by the Court as provided below, Plaintiff and Intervenor Alturas Indian Rancheria ("Tribe") and Defendants Kenneth L. Salazar, Secretary of the Interior; Larry Echo Hawk, Assistant Secretary of the Interior for Indian Affairs; Michael S. Black, Director of the Bureau of Indian Affairs ("BIA"); Amy Dutschke, Regional Director of the BIA's Pacific Regional Office; Virgil Akins, Superintendent of the BIA's Northern California Agency; and the United States Department of the Interior (collectively referred to herein as the "Federal Defendants"), by and through their respective undersigned counsel, recognizing the uncertainty of litigation, and desiring to reach a full and final settlement of all causes of action and claims raised, or which could have been raised, in this case, hereby stipulate and respectfully request that the Court enter judgment in accordance with the following terms:

1. The Federal Defendants shall issue a letter to counsel for the State Defendants (consisting of the State of California; Edmund G. Brown Jr., Governor of the State of California; the California Gambling Control Commission; and Tina M. Littleton, Executive Director of the California Gambling Control Commission) in this case, with a copy to counsel for the Tribe, stating that the BIA has recognized the Tribe's Business Committee, consisting of Phillip Del Rosa, Wendy Del Rosa, and Darren Rose (collectively "Business Committee"), as the duly-constituted body of the Tribe for purposes of carrying out the government-to-government relationship between the Tribe and the United States, and that this recognition is now final pursuant to 25 C.F.R. § 2.6 for the Department of the Interior.

2. The BIA has approved the Tribe's self-determination contract requests for the fiscal years 2009, 2010, 2011, and 2012, and shall transfer the amounts provided in those requests to the Tribe's bank account maintained with the Plumas Bank located at 510 North Street, Alturas, California 96101, Account No. 171011841, Routing No. 121138288, in accordance with the terms contained in the contract award documents.

3. The Tribe hereby releases all causes of action and claims raised, or which could have been raised, against the Federal Defendants or the United States in this case. The Tribe shall also file a Notice of Dismissal with prejudice pursuant to FRCP 41(a)(1)(A)(i) in *Alturas Indian Rancheria v. U.S. Department of the Interior, et al.*, D.C.D.C. Case No. 1:11-cv-01867-RMC.

4. In both this case and the District of Columbia case mentioned in the previous paragraph, the parties shall bear their own costs and attorneys' fees.

Respectfully submitted,

Dated: January 11, 2012

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By: /s/ Sylvia Quast
_____
SYLVIA QUAST
Assistant United States Attorney

Attorneys for Federal Defendants

| | |
|---|---|
| Dated: January 11, 2012 | RAPPORT AND MARSTON |
| | /s/ Lester J. Marston |
| | _____ |
| | LESTER JOHN MARSTON |
| | Attorney for Plaintiff and Intervenor Alturas Indian Rancheria |

## ORDER

Having read the foregoing Stipulation of the parties and good cause appearing therefore, IT IS HEREBY ORDERED, that the parties carry out the terms and conditions of the foregoing stipulation.

Dated: January 12, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT