KAMALA D. HARRIS
Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General
NEIL D. HOUSTON, State Bar No. 168058
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-5476
 Fax: (916) 327-2319
 E-mail: Neil.Houston@doj.ca.gov

Attorneys for State Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALTURAS INDIAN RANCHERIA, a federally-recognized Indian tribe,**<br><br>Plaintiff,<br><br>v.<br><br>**KENNETH L. SALAZAR, et al.,**<br><br>Defendants. | 2:10-cv-01997-LKK-EFB<br><br>**STIPULATION FOR ENTRY OF JUDGMENT AND ORDER** |

Plaintiff and Intervenor Alturas Indian Rancheria ("Tribe") and defendants State of California, Edmund G. Brown Jr., Governor of California, California Gambling Control Commission ("Commission"), and Tina M. Littleton, Executive Director of the California Gambling Control Commission (collectively referred to herein as the "State Defendants"), by and through their respective undersigned counsel, recognizing the uncertainty of litigation, and desiring to reach a full and final settlement of all causes of action and claims raised, or which could have been raised, in this case, hereby stipulate and respectfully request that the Court enter judgment in accordance with the following terms:

1. The Tribe shall cause the Bureau of Indian Affairs ("BIA"), by and through its counsel Sylvia Quast, Assistant United States Attorney, to issue a letter to the State Defendants, by and through their counsel, Neil D. Houston, Deputy Attorney General, confirming that the BIA recognizes the Business Committee of the Tribe, consisting of Phillip Del Rosa, Wendy Del Rosa, and Darren Rose ("Business Committee"), as the duly-constituted body of the Tribe for purposes of carrying out the government-to-government relationship between the Tribe and the United States, and that this recognition is now final for the Department of the Interior ("Confirming Letter").

2. On the basis of the Confirming Letter and such other information as may be presented to it at the time of hearing, the Commission shall consider the adoption of this Stipulation for Entry of Judgment ("Stipulation") and the disbursement of all accrued Revenue Sharing Trust Fund ("RSTF") monies to the Tribe, together with all interest accrued thereon at the State Controller's Office rate, in the total sum of $1,859,410.87 as of January 12, 2012, at the Commission's regularly scheduled public meeting beginning at 10:00 a.m., on January 12, 2012, at 2399 Gateway Oaks, Sacramento, CA 95833. Interest accruing on the accrued RSTF monies between January 12, 2012 and the date upon which the wire transfer described in paragraph 5, below, is made, shall be calculated at the prevailing State Controller's Office rate and paid to the Tribe by the Commission by separate check mailed to such address as the Business Committee may designate.

3. The State Defendants' obligations hereunder are expressly conditioned upon the Commission's adoption of this Stipulation at its regularly scheduled meeting on January 12, 2012. The Tribe shall not file this Stipulation with the Court until the Commission has adopted it as described herein. The Tribe's counsel is hereby authorized to, and shall promptly, file this Stipulation with the Court upon its adoption by the Commission.

4. Upon the Commission's adoption of this Stipulation and approval of the disbursement of the accrued RSTF monies described in paragraph 2, above, the Commission shall, by no later than the close of business on January 12, 2012, request the release of the accrued RSTF monies

Case 2:10-cv-01997-LKK-EFB   Document 127   Filed 01/17/12   Page 3 of 4

by the Department of General Services and the State Controller's Office.  The Commission shall take such steps as are available to it to expedite the processing of payment to the Tribe, in an effort to obtain release of the accrued RSTF funds by January 20, 2012, and in no event later than January 31, 2012.

     5.    Pursuant to the Business Committee's request, the accrued RSTF monies shall be disbursed to the Tribe by wire transfer to Account No. 171011841, Routing Number 121138288, Plumas Bank, 510 North Street, Alturas, CA 96101, which method of payment is hereby confirmed by execution of this Stipulation by the Tribe's counsel.

     6.    At its regular meeting on January 26, 2012, the Commission shall consider the disbursement of RSTF funds for the fourth quarter of 2011 to all eligible California tribes. Provided that the Business Committee remains, and is at that time, recognized by the BIA as described in paragraph 1, above, the Commission shall deem the Business Committee the duly constituted body of the Tribe for the purpose of receiving such funds on behalf of the Tribe.

     7.    The Tribe shall release all causes of action and claims raised, or which could have been raised, against the State Defendants in this case.

     8.    The parties shall bear their own costs and attorneys' fees incurred in this action.

Dated:  January 11, 2012

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General


*/s/ Neil D. Houston*
_____
NEIL D. HOUSTON
Deputy Attorney General
*Attorneys for State of California, Edmund G. Brown, Jr., California Gambling Control Commission, Tina M. Littleton*

4

Stipulation and [Proposed] Order for Entry of Judgment (2:10-cv-01997-LKK-EFB)

Dated: January 12, 2012                            RAPPORT AND MARSTON

*/s/ Lester J. Marston*
_____
LESTER JOHN MARSTON
*Attorney for Plaintiff and Intervenor*
*Alturas Indian Rancheria*

## ORDER

Having read the foregoing Stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED, that the parties carry out the terms and conditions of the foregoing Stipulation.

Dated: January 13, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

5

Stipulation and [Proposed] Order for Entry of Judgment (2:10-cv-01997-LKK-EFB)