UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTURAS INDIAN RANCHERIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH L. SALAZAR, et al.,<br><br>　　　　Defendants. | No.  CIV. S-10-1997 LKK/EFB<br><br><br>**ORDER** |

　　Pending before the court in the above-captioned case is plaintiff's motion for an order enforcing the judgment herein and finding defendants in contempt. (ECF No. 128.) The motion is currently set for hearing on November 4, 2013.

　　For administrative reasons, the hearing will be CONTINUED to November 18, 2013 at 10:00 a.m. The deadline for filing a reply, if any (October 28, 2013), remains unchanged.

　　IT IS SO ORDERED.

　　DATED: October 22, 2013.

　　　　　　　　　　　　　　　　　　/s/ Lawrence K. Karlton
　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

1