UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALTURAS INDIAN RANCHERIA,

        Plaintiff,

    v.                              CIV. NO. S-10-1997 LKK/EFB

KENNETH L. SALAZAR, et al.,

        Defendants.
_____/

ALTURAS INDIAN RANCHERIA,

        Plaintiff,

    v.                              CIV. NO. S-14-1407 TLN/CMLK

SALLY JEWELL, et al.,
                                                    NON-RELATED CASE ORDER

        Defendants.
_____/

    The court is in receipt of a Notice of Related Cases filed by plaintiff herein on June 27, 2014 (ECF No. 143), asserting that pursuant to E.D. Cal. R. 123, this case is related to Alturas v. Jewell, 2:14-cv-1407-TLN-CMK.

////

1       Whatever the substantive merits of plaintiff's position, relation is not warranted.  The undersigned will be assuming inactive status effective October 1, 2014.  As a result, even if the cases were ordered related, the matter would be assigned to a new judge within a few months, thereby not achieving any "savings of judicial effort" nor avoiding "substantial duplication of labor."  See E.D. Cal. R. 123(a).  Under these circumstances, I **DECLINE** to relate the cases.

IT IS SO ORDERED.

DATED:  July 21, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT